U. S. DISTRICT COURT
Western District of Virginia
180 W. Main Street, Room 104
Abingdon, VA 24210

*Julia C. Dudley*  *Voice: 276-628-5116*
*Clerk of the Court*  *Facsimile: 276-628-1028*


January 10, 2019

**VIA CM/ECF**

RE:  2:14CV4, Southern Appalachian Mountain Stewards v. Penn Virginia Operating Co., LLC

Dear Counsel:

Please note that the appeal in the above-styled case has expired.

The court has in its possession exhibits that were introduced. For a listing of the exhibits, please see the docket entry in PACER relating to the proceeding.

Pursuant to the court's local rules, which are available on the court's website at www.vawd.uscourts.gov/Local_Rules.pdf  exhibits that are not removed from the custody of the Clerk within the required time, after giving notice to counsel, can be destroyed.  Therefore, the exhibits introduced at said hearings will be destroyed within thirty (30) days of this notice unless counsel makes arrangements with this office for pickup of said exhibits.

Any questions should be directed to the undersigned.

Very truly yours,

JULIA C. DUDLEY, CLERK


By:  Allison Rust
     Deputy Clerk